**DISMISS and Opinion Filed March 28, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00008-CV

**DALLAS COUNTY, TEXAS, Appellant**

**V.**

**PATRICIA WILLIAMS, AS NEXT-OF-KIN OF AUDREY MILLER,
WILLIE MILLER, SR., TAMMIE MILLER, TRINITY MILLER, WILLIE MILLER, III,
TANGERIA HOLLOWAY, AND ACQUILA MILLER, Appellees**

**On Appeal from the 68th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-17-10014**

## MEMORANDUM OPINION

Before Justices Whitehill, Molberg, and Reichek
Opinion by Justice Whitehill

Before the Court is appellant's motion to dismiss the appeal. Appellant informs the Court that the parties have settled their differences. Accordingly, we grant the motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Bill Whitehill/
BILL WHITEHILL
JUSTICE

190008F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DALLAS COUNTY, TEXAS, Appellant

No. 05-19-00008-CV     V.

PATRICIA WILLIAMS, AS NEXT-OF-KIN OF AUDREY MILLER, WILLIE MILLER, SR., TAMMIE MILLER, TRINITY MILLER, WILLIE MILLER, III, TANGERIA HOLLOWAY, AND ACQUILA MILLER, Appellees

On Appeal from the 68th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-17-10014.
Opinion delivered by Justice Whitehill.
Justices Molberg and Reichek participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees PATRICIA WILLIAMS, AS NEXT-OF-KIN OF AUDREY MILLER, WILLIE MILLER, SR., TAMMIE MILLER, TRINITY MILLER, WILLIE MILLER, III, TANGERIA HOLLOWAY, AND ACQUILA MILLER recover their costs of this appeal from appellant DALLAS COUNTY, TEXAS.

Judgment entered March 28, 2019